RECEIVED

AO 245D GAED (Rev. 9/03) Sheet 1 - Judgment in a Criminal Case for Revocation

07 JUL 16  AM 8: 48

EASTERN DISTRICT
OF CALIFORNIA

# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA
v.
**HENRY MAURICE HUNTER**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:01CR00480-01**

Caro Marks, Asst. Federal Defender
Defendant's Attorney

## THE DEFENDANT:

[✔]  admitted guilt to violation of charge(s) _1_ as alleged in the violation petition filed on _8/3/2006_ .
[  ]  was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on _____ .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Use of a Controlled Substance | 07/19/2006 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on _4/6/2005_ .

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]  Charge(s) _____2_____ is/are dismissed, upon motion made by the Government.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

11/29/2006
Date of Imposition of Sentence

s/
Signature of Judicial Officer

**WILLIAM B. SHUBB**, United States District Judge
Name & Title of Judicial Officer

December 5, 2006
Date

**FILED**

JUL 1 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment

CASE NUMBER:      2:01CR00480-01                                                          Judgment - Page 2 of 2
DEFENDANT:        HENRY MAURICE HUNTER

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  10 months .

[ ]       The court makes the following recommendations to the Bureau of Prisons:

[✔]       The defendant is remanded to the custody of the United States Marshal.

[ ]       The defendant shall surrender to the United States Marshal for this district.
          [ ] at ___ on ___ .
          [ ] as notified by the United States Marshal.

[ ]       The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
          [ ] before _____ on _____ .
          [ ] as notified by the United States Marshal.
          [ ] as notified by the Probation or Pretrial Services Officer.
          If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  January 11, 2007  to  USP Victorville

at  Victorville, Ca  , with a certified copy of this judgment.

J. L. Norwood, Warden
UNITED STATES MARSHAL

By  _____ Legal Instruments Examiner
          Deputy U.S. Marshal